FILED
2013 Jun-20  AM 10:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DONCEY FRANK BOYKIN,** | ) | |
| **Movant,** | ) | |
| **v.** | ) | **2:00-cr-188-JHH** |
| | | **2:13-cv-8020-JHH** |
| **UNITED STATES OF AMERICA,** | ) | |
| **Respondent.** | ) | |

## FINAL ORDER

In accordance with the memorandum opinion this day entered, Doncey Frank Boykin's Motion (Doc. #1) pursuant to 28 U.S.C. § 2255, is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the __20th__ day of June, 2013.

_____
SENIOR UNITED STATES DISTRICT JUDGE